**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10CR54-RLV**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **O R D E R** |
| **ANDREW GEIGER** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on a joint motion of the parties for a peremptory setting and scheduling of this matter, filed on January 24, 2012. (Doc. #34) This matter is currently scheduled for trial during the Court's March 5, 2012, criminal term in the Statesville Division.

In the support of this Motion, the following is represented:

1. The parties anticipate the trial in this matter to take five to six days.

2. The parties request a trial date during the week of March 19, 2012 or March 26, 2012, with jury selection selection to be held on the trial date.

3. The Government is expected to call a witness who resides in Canada and needs to make travel arrangements for this witness.

4. The parties request that pretrial motions, including motions to compel discovery, motions to suppress, and motions under Rule 7,8,12,13,14,16,and 41 of the Federal Rules of Criminal Procedure be filed no later than February 21, 2012. Moreover, the parties request that responses to any pretrial motions be filed within ten business days after the filing of such motions, and

        that reply briefs be filed within five business days after the filing of any such response.

5.     The parties also request that proposed *voir dire* questions and proposed jury instructions be filed by February 28, 2012.

**IT IS, THEREFORE, ORDERED** that this matter is peremptorily set and scheduled for **March 19, 2012, at 9:30 AM,** in the Statesville Division. However, jury selection will remain as scheduled for **March 6, 2012, at 9:30 AM,** in the Statesville Division. **IT IS, FURTHER ORDERED** that all pretrial motions be filed no later than February 21, 2012, responses to any like motions be filed within ten **business** days after the filing date of like motions, and that reply briefs be filed within five **business** days after the filing of like briefs. **IT IS, ALSO ORDERED** that voir dire questions and jury instructions be filed by February 28, 2012.

                                          Signed: January 25, 2012

                                          Richard L. Voorhees
                                          United States District Judge